1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Daniel Delgado
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, | No.  1:11-CV-00227-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DEOL & HANS INC., GURMAIL HANS, E-Z-N QUICK dba EZ N QUICK, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendants Deol & Hans Inc., Gurmail Hans, E-Z-N Quick dba EZ N Quick, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 13, 2011                    MOORE LAW FIRM, P.C.



                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff Daniel Delgado

///

///

*Delgado v. Deol & Hans Inc., et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: September 13, 2011 | ADIUVO LAW GROUP, PC |
| | /s/ Janine Esquivel |
| | Janine Esquivel, Attorneys for Defendants Deol & Hans Inc., Gurmail Hands, E-Z-N Quick dba EZ N Quick |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. **The clerk is directed to close this action.**

IT IS SO ORDERED.

Dated:   **September 13, 2011**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

*Delgado v. Deol & Hans Inc., et al.*
Stipulation for Dismissal; Order

Page 2